IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:13-CV-51-D

| | |
|---|---|
| TAMMY ANN JAMES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security )<br>)<br>Defendant. )<br>_____ ) | ORDER |

For the reasons having been shown upon Defendant's Motion for Remand, it is hereby

ORDERED that this case be remanded to the Commissioner for further administrative

proceedings.

This **23** day of **October**, 2013.

*[signature]*
JUDGE JAMES C. DEVER
CHIEF UNITED STATES DISTRICT JUDGE