AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TAMMY ANN JAMES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **JUDGMENT IN A CIVIL CASE**<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, ) **CASE NO. 2:13-CV-51-D**<br>)<br>Defendant. ) | |

**Decision by the Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that final judgment be entered in this case in accordance with the fully favorable decision of the Administrative Law Judge. The Administrative Law Judge rendered this fully favorable decision on June 6, 2014, and neither party contests said decision.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 7, 2014**, AND A COPY MAILED TO:

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)


November 7, 2014            JULIE A. RICHARDS, Clerk
Date            *Eastern District of North Carolina*

           /s/ Susan W. Tripp
*New Bern, North Carolina*            *(By) Deputy Clerk*